# United States District Court

__Northern__ DISTRICT OF __California__

Michael Fernandes

E-filing SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Katrinka Trail and
David Holloway

TO: (Name and address of defendant)

Katrinka Trail
David Holloway
615 West Second Street
Antioch, CA  94509

BZ

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas N. Stewart, III
Attorney at Law
369 Blue Oak Lane, 2nd Floor
Clayton, CA  94517
Telephone (925) 672-8452
Telefax (925) 673-1729

an answer to the complaint which is herewith served upon you, within __20 (twenty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

MAR

CLERK

DATE

(BY) DEPUTY CLERK