BRUCE NAPELL (State Bar No. 115116)
BRYAN W. DILLON (State Bar No. 203052)
SINGLER, NAPELL & DILLON, LLP
127 S. Main Street
Sebastopol, California 95472
Telephone: (707) 823-8719
Facsimile:  (707) 823-8737

Attorneys for Katrinka Trail

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>    Plaintiff,<br><br>vs.<br><br>KATRINKA TRAIL and DAVID HOLLOWAY,<br><br>    Defendants. | CASE NO. 3:08-cv-01410-BZ<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br><br>Hon. Bernard Zimmerman<br>United States Magistrate Judge |

Pursuant to Civil Local Rules, Rule 3-16, Defendant Katrinka Trail makes this Certification of Interested Entities.

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 17, 2008                                **Singler, Napell & Dillon, LLP**


                                                                    By: _____/s/_____.
                                                                    Bruce Napell,
                                                                    Attorneys for Katrinka Trail

1