# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

June 19, 2008

To:   Thomas Nelson Stewart, III
      Attorney at Law
      369 Blue Oak Lane, 2nd Floor
      Clayton, CA 94517

      Bruce Jonathan Napell
      Bryan W. Dillon
      Singler Napell & Dillon, LLP
      127 S. Main Street
      Sebastopol, CA 95472

      Re: Michael Fernandes v. Katrinaka Trail, et al. - C08-1410 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  Pursuant to U.S.C. 28 §636, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:   /s/ Lashanda Scott
      Lashanda Scott
      Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd