THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | Case No. CV 08-1410 BZ |
| Plaintiff, | PLAINTIFF'S CONSENT TO PROCEED BEFORE A UNITES STATES MAGISTRATE JUDGE |
| v. | |
| KATRINKA TRAIL and DAVID HOLLOWAY, | |
| Defendants._____/ | |

PLAINTIFF'S CONSENT TO PROCEED BEFORE A UNITED STATES

MAGISTRATE JUDGE:

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

Plaintiff in the above-captioned civil matter hereby voluntarily consents to have a United States

Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

the entry of a final judgment. Appeal from the judgement shall be taken directly to the United

States Court of Appeals for the Ninth Circuit.

\\

\\

Date: June 19, 2008

<u>S/Thomas N. Stewart, III</u>
Attorney for Plaintiff