THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL FERNANDES,　　　　　　　　　Case No.  CV  08-1410 BZ

    Plaintiff,　　　　　　　　　　　　　　~~[PROPOSED]~~ JUDGMENT

v.

KATRINKA TRAIL and DAVID
HOLLOWAY,

    Defendants.
_____/

    This Action was put before the Court on Plaintiff's Motion to Enforce the Settlement Agreement into which the parties entered in order to resolve this Action, and for fees.

    IT IS THEREFORE ORDERED AND ADJUDGED:

    That Judgment is hereby entered in favor of Plaintiff and against Katrinka Trail (hereinafter "Defendant") in accordance with the Court's Tentative Ruling which was issued on October 30, 2009.  Said Tentative Ruling granted Plaintiff's Motion for Judgment in the amount of $5,135.25 and granted an additional $1,475 for attorney's fees.  Thus, the total sum of this Judgment is $6,610.25.

    CV  08-1410 BZ　　　　　　　　　　　　1

Date:  November 13, 2009

_____
United State District Court Magistrate Judge  Bernard Zimmerman